UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE I.U.O.E. LOCAL 478 ANNUITY FUND, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 478 TRAINING AND SKILL IMPROVEMENT FUND, TRUSTEES OF THE I.U.O.E. LOCAL NO. 478 HEALTH BENEFITS FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 PENSION FUND, TRUSTEES OF THE I.U.O.E. LOCAL 478 SUPPLEMENTAL UNEMPLOYMENT BENEFITS FUND AND I.U.O.E. LOCAL UNION NO. 478 | Civil Action No. |
| Plaintiffs, | |
| vs. | |
| DT&S TRUCKING, LLC, T&S POOL WATER, LLC, DAVID SEKELSKY, INDIVIDUALLY, AND TERRY SEKELSKY, INDIVIDUALLY | April 12, 2019 |
| Defendant. | |

## COMPLAINT

### PARTIES

1.     Plaintiffs Trustees of the I.U.O.E. Local 478 Annuity Fund, Operating Engineers Local 478 Training and Skill Improvement Fund, I.U.O.E. Local No. 478 Health Benefits Fund, I.U.O.E. Local 478 Pension Fund, and the I.U.O.E. Local 478 Supplemental Unemployment Benefits Fund (hereinafter referred to as the "Funds") are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974, (hereinafter referred to as "ERISA," 29 U.S.C. Sections 1002(3) and (37)). The Funds

1

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

are established and maintained by Restated Agreements and Declarations of Trust and by a Collective Bargaining Agreement between the I.U.O.E. Local Union No. 478 and Defendant DT&S Trucking, LLC (hereinafter referred to as "DT&S Trucking"). The Funds are administered at 1965 Dixwell Avenue, Hamden, Connecticut 06514.

2.      Plaintiff I.U.O.E. Local Union No. 478 (hereinafter referred to as the "Union") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3.      The Defendant, DT&S Trucking is doing business under the laws of the State of Connecticut, with a business address of 6 Lisa Drive, Shelton, CT 06484. Upon information and belief, DT&S Trucking is an unregistered trade name of at least one of Defendants David Sekelsky, Terry Sekelsky, or T&S Pool Water, LLC. DT&S Trucking transacts business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3) and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3) and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

4.      The Defendant, T&S Pool Water, LLC (hereinafter referred to as "T&S Pool" is doing business under the laws of the State of Connecticut with a principal place of business of 6 Lisa Drive, Shelton, CT 06484. Upon information and belief, T&S Pool shares this principal place of address with DT&S Trucking. Based upon its relationship

2

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

with DT&S Trucking, T&S Pool shares a single employer and/or alter ago and/or double breasting relationship with DT&S Trucking.

5.      The Defendants, Terry A. Sekelsky and David Sekelsky, are, upon information and belief, individuals who are owners of both DT&S Trucking and T&S Pool.

**JURISDICTION AND VENUE**

6.      This Court has jurisdiction of this action under Section 301 of the LMRA, 29 U.S.C. Section 185(a) and under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145. This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action to collect delinquent employer contributions due to employee benefit plans under the terms of a Collective Bargaining Agreement and ERISA.

**Count I (Breach of Collective Bargaining Agreement and Settlement Agreement)**

7.      The Plaintiffs hereby incorporate by reference Paragraphs 1-6 of the Complaint as fully set herein.

8.      Defendant DT&S Trucking entered into a Collective Bargaining Agreement with the Union establishing the terms and conditions of DT&S Trucking's employees in work covered by the Collective Bargaining Agreement.

9.      Pursuant to the Collective Bargaining Agreement, Defendant DT&S Trucking is required to pay to the Funds and the Union certain sums of money for each

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

hour worked by employees of the Defendant DT&S Trucking in employment covered by the Collective Bargaining Agreement.

10.     Said Agreement also binds DT&S Trucking to the Funds' Collection Policy, which provides for interest, liquidated damages, reasonable attorney's fees, and sheriff and court costs to be imposed with any contributions that are not timely paid.

11.     On or around September 2018, the Funds, the Union, DT&S Trucking, and Terry A. Sekelsky executed an Interim Settlement Agreement whereby DT&S Trucking agreed to pay the Funds and the Union a total of *$35,423.71* including contributions for the months of May through July 2017 and January through May 2018 as well as audit disclosures in the amount of *$2,159.86,* and interest over the course of the agreement in the amount of *$1,981.38.*

12.     The Interim Settlement Agreement required DT&S Trucking to submit six (6) monthly payments of *$500.00*, with the first payment being due on July 1, 2018 and the final payment being due December 1, 2018*.*

13.     The Interim Settlement Agreement also included a Personal Guaranty signed by Terry A. Sekelsky, guaranteeing punctual payments of all sums due by DT&S Trucking to the Funds and Union.

14.     The Interim Settlement Agreement stated that upon completion of these payments, the Parties would modify the Schedule A to reflect the new balance owed.

15.     DT&S Trucking submitted five (5) of the six (6) payments totaling *$2,500.00*, leaving a balance of *$32,923.71* remaining owed under the Agreement.

4

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

16.     DT&S Trucking has defaulted on the agreement by failing to submit the final monthly payment in the amount of *$500.00.* Since DT&S Trucking is in breach of this Agreement, the entire balance of *$32,923.71* is now due and owing.

17.     DT&S Trucking has failed to respond to correspondence from Plaintiffs' Counsel regarding payment of the final settlement payment, or to execute a subsequent Settlement Agreement. Failure to pay the amounts owed to the Funds and the Union as described in Paragraphs 14-16 is a breach of the Interim Settlement Agreement and Collective Bargaining Agreement.

18.     DT&S Trucking's failure to pay benefit contributions, interest, and audit disclosures as required under the Collective Bargaining Agreement is further a breach of the Collective Bargaining Agreement between DT&S Trucking and Plaintiff I.U.O.E Local Union No. 478.

19.     Pursuant to the Collective Bargaining Agreement, DT&S Trucking is liable to the Plaintiffs for all unpaid delinquent Funds contributions, Union dues, interest on the unpaid contributions and dues, liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

## COUNT II (Delinquent Contributions under ERISA)

20.     The Plaintiffs hereby incorporate by reference Paragraphs 1-19 of the Complaint as fully set herein.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

21.     DT&S Trucking's failure to pay the amounts owed to the Funds and the Union is a violation of ERISA 29 U.S. Code § 1145 requiring contributions to be made to multiemployer plans under the terms of a Collective Bargaining Agreement.

22.     Pursuant to 29 U.S.C. 1132(g) (2) and the Collective Bargaining Agreement, DT&S Trucking is liable to the Plaintiffs for all unpaid delinquent Funds contributions, Union Dues, interest on the unpaid contributions and dues, liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**COUNT III (Alter ego and/or single employer and/or double breasted relationship)**

23.     Plaintiffs hereby incorporate by reference Paragraphs 1-22 of the Complaint as fully set forth herein.

24.     Upon information and belief, T&S Pool shares an alter ego and/or single employer and/or double breasted relationship with DT&S Trucking. This relationship is based upon their common management, centralized control of labor relations and common ownership, and common address of business.

25.     Based upon the alter ego and/or single employer and/or double breasted relationship that exists between T&S Pool and DT&S Trucking, T&S Pool is bound to the CBA between the Union and DT&S Trucking and is liable for the debts of DT&S Trucking and is thus liable for contributions to the Funds under the terms of the CBA.

6

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

WHEREFORE, Plaintiff Funds pray for judgment as follows:

A.   Ordering Defendants DT&S Trucking, T&S Pool, David Sekelsky, and Terry Sekelsky to make payment on the balance of the settlement agreement in the amount of **$32,923.71.**

B.   Ordering Defendants DT&S Trucking, T&S Pool, David Sekelsky, and Terry Sekelsky to submit monthly reports and any unpaid contributions that become due during the pendency of the Complaint until the issuance of a judgment.

C.   Ordering Defendants DT&S Trucking, T&S Pool, David Sekelsky, and Terry Sekelsky to submit payments for contributions discovered as due, through their monthly reporting or otherwise, during the pendency of the Complaint until the issuance of a Judgment.

D.   Ordering Defendants DT&S Trucking, T&S Pool, David Sekelsky, and Terry Sekelsky be required to pay liquidated damages and interest on the amount due accrued from the date of the delinquency until the date of payments for any contributions that are due, become due, or are otherwise discovered during the pendency of the Complaint until the issuance of a Judgment.

E.   Ordering Defendants DT&S Trucking, T&S Pool, David Sekelsky, and Terry Sekelsky be required to pay the reasonable attorney fees and costs incurred by the Plaintiffs in connection with this litigation.

F.   For such further relief as the Court may deem appropriate.

**DATED** at East Hartford, Connecticut, this 12th day of April 2019.

Respectfully submitted,

/s/ Gregory S. Campora
Gregory S. Campora, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4206
Tele.  No.: (860) 290-9610
Fed.  Bar # ct23775
ATTORNEY FOR PLAINTIFFS

7

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 12th day of April 2019, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
P.O. Box 13163
Baltimore, MD 21203
Attn:   **Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210
Attn:   **Assistant Solicitor for Plan**
          **Benefits Security**

/s/ Gregory S. Campora
Gregory S. Campora, Esq.

8